[No. 12502–1–II.  Division Two.  May 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DESMOND IVERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–01165–8, William L. Brown, Jr., J., entered December 7, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 12922–1–II.  Division Two.  May 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMUEL J. McHERRON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 177338R110, Arthur J. Emery, J. Pro Tem., entered April 26, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12339–8–II.  Division Two.  May 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH WEBER, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 87–1–00278–5, David R. Draper, J., entered October 20, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.